1  Name: Josefina Trujillo
2  Address: PO BOX 1708
3  Greenfield, CA 93927
4  Phone Number: (831) 214-7166
5  E-mail Address: trujillohomes@hotmail.com
6  Pro Se

**RECEIVED**

MAY 31 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, Inc. | Case Number: CV-11-1170-HRL |
| Plaintiff, | |
| vs. | STIPULATION GRANTING DEFENDANT ADDITIONAL TIME TO ANSWER COMPLAINT |
| JOSEFINA TRUJILLO, Individually and d/b/a Joanna's Restaurant | |
| Defendant(s). | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that Defendant's time in which to file an answer is extended from May 31, 2011 to June 30, 2011. Defendant contends that there is good cause for this extension. Defendant is proceeding pro se and has just been advised of what is required of her to file an answer in response to Plaintiff's complaint. Defendant furthermore contends that she will need more time to effectively respond to Plaintiff's complaint. With more time to answer, Defendant can formulate a better answer, to the benefit of both the Court and Plaintiff.

STIPULATION GRANTING
DEFENDANT ADDITIONAL TIME
TO ANSWER COMPLAINT

Case No.: CV-11-1170-HRL

1 | **SO STIPULATED.**
2 |
3 |                                         Respectfully Submitted,
4 | Dated: May 30, 2011
5 |                                         _____
                                            Josefina Trujillo
6 |                                         Pro Se
7 | Dated: 5/30/11
8 |
9 |                                         Thomas P. Riley
                                            Law Offices of Thomas P. Riley, P.C.
10 |
11 |                        [PROPOSED] ORDER
12 | **IT IS HEREBY ORDERED** that Defendant's time to answer the Complaint is extended from
     May 31, 2011 to [date] 6/30/11
13 |
14 | **SO ORDERED.**
15 | Dated: 6/8/11
16 |                                         _____  Jeremy Fogel
                                            The Honorable Judge Howard R. Lloyd
17 |                                         United States Magistrate Judge
                                                     District
18 |
...
27 |

STIPULATION GRANTING                        2
DEFENDANT ADDITIONAL TIME                                      Case No.: CV-11-1170-HRL
TO ANSWER COMPLAINT