IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 11-01170 CRB |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| JOSEFINA TRUJILLO, ET AL., | |
| Defendant. | |

Because the Defendant has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Sayuri Sharper is hereby appointed as counsel for Josefina Trujillo in this matter. The scope of this referral shall be for all purposes for the duration of the case.

**IT IS SO ORDERED.**

Dated: December 5, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1170\Order Appointing Counsel.wpd