UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> JOSEFINA TRUJILLO A/K/A JOSEFINA A. TRUJILLO, INDIVIDUALLY and d/b/a THE ROUNDUP A/K/A PARAISO NIGHT CLUB, <br><br> Defendant. | Case No.: 11-CV-01159-LHK <br> Related Case No.: 11-CV-01170-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> JOSEFINA TRUJILLO, INDIVIDUALLY and d/b/a JOANNA'S RESTAURANT, <br><br> Defendant. | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for January 11, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, January 9, 2012, at noon. The joint case management statement should address the case management of both the earlier filed case (case number 11-CV-1159-LHK) as well as the later filed case (case number 11-CV-1170-LHK). The statement must also "report[] progress or changes

1
Case No.: 11-CV-01159-LHK. Related Case No.: 11-CV-01170-LHK
ORDER DIRECTING PARTIES TO FILE A JCMS

1  since the last statement was filed and mak[e] proposals for the remainder of the case development
2  process." Civ. L. R. 16-10(d).
3  **IT IS SO ORDERED.**
4  Dated: January 6, 2012

_____
LUCY H. KOH
United States District Judge